# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

          v.                      Crim. No. 5:94-CR-52-2BR

**RICARDO GUNN**

      On November 17, 2011, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,             I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller                   /s/ Arthur B Campbell  
Jeffrey L. Keller                       Arthur B Campbell  
Supervising U.S. Probation Officer        U.S. Probation Officer  
                                               310 New Bern Avenue, Room 610  
                                               Raleigh, NC 27601-1441  
                                               Phone: 919-861-8677  
                                               Executed On: March 30, 2016

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

      Dated this __4__ day of __April__, 2016.

                                               W. Earl Britt  
                                               Senior U.S. District Judge